IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:11cv239-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) DEFAULT JUDGMENT OF FORFEITURE |
| APPROXIMATELY $8,150.00 IN UNITED STATES FUNDS, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a Default Judgment of forfeiture against the Defendant Property.

THE COURT FINDS THAT:

1. A verified Complaint for Forfeiture in rem of the Defendant Property was filed on May 12, 2011. This Court found probable cause for forfeiture and issued a warrant for arrest in rem.

2. Process was fully issued in this action and returned according to law. Pursuant to a Warrant for Arrest in Rem, the government duly seized the Defendant Property. Service of process was made by certified mail and by internet publication of notice via www.forfeiture.gov on May 14, 2011 through June 12, 2011.

3. No person has filed a verified claim or an Answer within the time allowed by law, and the Clerk has accordingly entered Default.

4. Based on the verified Complaint and relevant portions of an affidavit of co-affiants, Special Agent (SA) Richard D. Schwein, Jr., Federal Bureau of Investigation, SA David W. Howell, Immigration and Naturalization Service, and SA Kent J. Halsten, Bureau of Alcohol, Tobacco and Firearms, filed with the Complaint, the government has shown probable cause to believe that the Defendant Property was involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956, and that it is therefore subject to forfeiture under 18 U.S.C. § 981.

BASED ON THE FORGOING FINDINGS, THE COURT CONCLUDES that the

government is entitled to a Judgment of Forfeiture by Default against the Defendant Property.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The government's Motion for Default Judgment of Forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title or interest shall exist therein: all present and future interest in $8,150.00 in United States Funds

3. The United States is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: July 21, 2011

Graham C. Mullen
United States District Judge